STANLEY J. DALE
4848 East Cactus Road #505-513
Scottsdale, Arizona 85254
Tel.   480 471 6672
Fax.   480 304 4849
sjd3@cox.net
Plaintiff in Pro Per

```
                    FILED ___ LODGED
                ___ RECEIVED ___ COPY

                    SEP 3 0 2014

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STANLEY J. DALE, an individual, | CASE NO.: CV13-1171 PHX ROS |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA CORPORATION, a Delaware corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, a national bank; and DOES 1 -20, | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that Stanley J. Dale, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on September 4, 2014.

Respectfully submitted this 30th day of September, 2014

_____
Stanley J. Dale, Plaintiff in Pro Per

**NOTICE OF APPEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

STANLEY J. DALE, an individual,

    Plaintiff,

    v.

BANK OF AMERICA CORPORATION, a Delaware corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, a national bank; and DOES 1-20,

    Defendants.

CASE NO.: CV13-1171 PHX DGC

**NOTICE OF APPEAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2014 I mailed the attached Notice of Appeal via USPS Tracking No. SEE ATTACHMENT to:
#9407110200793276563558

BRYAN CAVE LLP, #00145700
Shayna N. Fernandez, No. 027342
Robert W. Shely, No. 014261
Jesse T. Anderson, No. 023072
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
andersonj@bryancave.com
Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation

_____
Stanley J. Dale

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 30 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

```
            ***PARADISE VALLEY POSTAL***
             4848 East Cactus Road Ste. #505
                   Scottsdale, AZ 85254
            Phone: 602-953-1730   Fax: 602-953-1717


Shipment--------------------
   USPS First Class Mail
   Ship To:
       SHAYNA N FORNANDEZ
       BYRON CAVE LLP
       2 N CENTRAL AVE STE 2200
       PHOENIX, AZ 85004-4406
     Package ID: 16935                      5.45
     Tracking #:         .....932/6500558
     Certified             [$4.90]
   Return:USPS                              -5.45

       SUBTOTAL                              0.00
       TAX                                   0.00
       TOTAL                                 0.00
   TEND Cash                                 0.00

   STANLEY DALE
                                        09/26/2014
   #52549                                01:38 PM


   Signature_____


       **********************************
          Thank you for your business!!
       **********************************
```